Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Caldwell Plumbing Co., Inc., an Illinois corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3612567** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**821 Childs Street<br>Wheaton, IL**<br>ZIP Code **60187** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Du Page** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ■ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)**                                                                 FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Caldwell Plumbing Co., Inc., an Illinois corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)

FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Caldwell Plumbing Co., Inc., an Illinois corporation**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Charles S. Stahl, Jr.**
Signature of Attorney for Debtor(s)

**Charles S. Stahl, Jr. 2699915**
Printed Name of Attorney for Debtor(s)

**Law Offices of Charles S. Stahl, Jr.**
Firm Name

**703 Warrenville Road**
**Wheaton, IL 60187**
Address

**Email: stahlch11@aol.com**
**630-871-8060  Fax: 630-871-8061**
Telephone Number

**June 12, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Nick Tenerelli**
Signature of Authorized Individual

**Nick Tenerelli**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 12, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Caldwell Plumbing Co., Inc., an Illinois corporation** ,

Debtor

Case No. _____

Chapter_____**11**_____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to debtor's condition on
_____.

| | | | Approximate number of holders |
|---|---|---|---|
| a. Total assets | $ | 0.00 | |
| b. Total debts (including debts listed in 2.c.,below) | $ | 0.00 | |
| c. Debt securities held by more than 500 holders. | | | |
| secured / /     unsecured / /     subordinated / / | $ | 0.00 | 0 |
| secured / /     unsecured / /     subordinated / / | $ | 0.00 | 0 |
| secured / /     unsecured / /     subordinated / / | $ | 0.00 | 0 |
| secured / /     unsecured / /     subordinated / / | $ | 0.00 | 0 |
| secured / /     unsecured / /     subordinated / / | $ | 0.00 | 0 |
| d. Number of shares of preferred stock | | 0 | 0 |
| e. Number of shares of common stock | | 0 | 0 |

Comments, if any:

3. Brief description of debtor's business:
**Plumbing contractor**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**Nick Tenerelli**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 4
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Caldwell Plumbing Co., Inc., an Illinois corporation**       Case No. _____
                                   Debtor(s)       Chapter       **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Absolute Plumbing Supply Co. 1818 Dempster Evanston, IL 60202 | Absolute Plumbing Supply Co. 1818 Dempster Evanston, IL 60202 | Trade debt | | 57,484.51 |
| Bornquist, Inc. 7050 N. Lehigh Avenue Chicago, IL 60646 | Bornquist, Inc. 7050 N. Lehigh Avenue Chicago, IL 60646 | Trade debt | | 11,443.53 |
| Ferguson Enterprises, Inc. 191 S. Mitchell Court Addison, IL 60101-1427 | Ferguson Enterprises, Inc. 191 S. Mitchell Court Addison, IL 60101-1427 | Trade debt | | 192,487.06 |
| Gray, Hunter, Stenn LLP 1200 Harger Road Suite 521 Oak Brook, IL 60523-1819 | Gray, Hunter, Stenn LLP 1200 Harger Road Suite 521 Oak Brook, IL 60523-1819 | Accounting services | | 18,959.00 |
| Luczak Sales, Inc. 1128 Tower Road Schaumburg, IL 60173-4306 | Luczak Sales, Inc. 1128 Tower Road Schaumburg, IL 60173-4306 | Trade debt | | 7,136.41 |
| LUI--Local 130 1340 W. Washington Boulevard Chicago, IL 60607 | LUI--Local 130 1340 W. Washington Boulevard Chicago, IL 60607 | Union benefits | | 119,787.49 |
| National Plumbing & Heating 5740 Tripp Avenue Chicago, IL 60646 | National Plumbing & Heating 5740 Tripp Avenue Chicago, IL 60646 | Trade debt | | 99,640.36 |
| P.S. Coyote, Inc. 45 W 628 N. Plank Road Hampshire, IL 60140 | P.S. Coyote, Inc. 45 W 628 N. Plank Road Hampshire, IL 60140 | Trade debt | | 90,000.00 |
| Porter Pipe & Supply Co. 303 S. Rohlwing Road Route 53 Addison, IL 60101 | Porter Pipe & Supply Co. 303 S. Rohlwing Road Route 53 Addison, IL 60101 | Trade debt | | 39,905.88 |
| Pro-Power 1001 Warrenville Road Suite 220 Lisle, IL 60532 | Pro-Power 1001 Warrenville Road Suite 220 Lisle, IL 60532 | Business loan | | 87,112.67 |

In re   **Caldwell Plumbing Co., Inc., an Illinois corporation**          Case No. _____

  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **R.A. Daugherty Sales, Inc.**<br>**571 W. Golf Road**<br>**Arlington Heights, IL 60005** | **R.A. Daugherty Sales, Inc.**<br>**571 W. Golf Road**<br>**Arlington Heights, IL 60005** | **Trade debt** | | **64,471.68** |
| **Shapes Supply Company**<br>**1982 Lunt Avenue**<br>**Elk Grove Village, IL 60007** | **Shapes Supply Company**<br>**1982 Lunt Avenue**<br>**Elk Grove Village, IL 60007** | **Trade debt** | | **81,487.86** |
| **Standard Pipe and Supply Co.**<br>**614 S. Arthur Avenue**<br>**Arlington Heights, IL 60005** | **Standard Pipe and Supply Co.**<br>**614 S. Arthur Avenue**<br>**Arlington Heights, IL 60005** | **Trade debt** | | **66,698.70** |
| **Sterling Supply, Inc.**<br>**4900 Lincoln Avenue**<br>**Lisle, IL 60532-2197** | **Sterling Supply, Inc.**<br>**4900 Lincoln Avenue**<br>**Lisle, IL 60532-2197** | **Trade debt** | | **61,491.99** |
| **Sandra Tenerelli**<br>**827 Abbey Drive**<br>**Glen Ellyn, IL 60137** | **Sandra Tenerelli**<br>**827 Abbey Drive**<br>**Glen Ellyn, IL 60137** | **Loans** | | **150,000.00** |
| **Thelen Sand & Gravel, Inc.**<br>**28955 West Route 173**<br>**Antioch, IL 60002** | **Thelen Sand & Gravel, Inc.**<br>**28955 West Route 173**<br>**Antioch, IL 60002** | **Trade debt** | | **7,035.05** |
| **Time Insulation Company, Inc.**<br>**5483 N. Northwest Highway**<br>**Chicago, IL 60630** | **Time Insulation Company, Inc.**<br>**5483 N. Northwest Highway**<br>**Chicago, IL 60630** | **Trade debt** | | **101,828.36** |
| **Wheaton Bank & Trust Company**<br>**211 S. Wheaton Avenue**<br>**Wheaton, IL 60187** | **Wheaton Bank & Trust Company**<br>**211 S. Wheaton Avenue**<br>**Wheaton, IL 60187** | **Blanket security interest on all of debtor's personal property** | | **696,000.00**<br><br>**(0.00 secured)** |
| **Wheaton Bank & Trust Company**<br>**211 S. Wheaton Avenue**<br>**Wheaton, IL 60187** | **Wheaton Bank & Trust Company**<br>**211 S. Wheaton Avenue**<br>**Wheaton, IL 60187** | **Automobile** | | **19,600.00**<br><br>**(0.00 secured)** |
| **Wm. F. Meyer Co.**<br>**1855 E. New York Street**<br>**Aurora, IL 60505** | **Wm. F. Meyer Co.**<br>**1855 E. New York Street**<br>**Aurora, IL 60505** | **Trade debt** | | **210,362.10** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 12, 2007**                    Signature   **/s/ Nick Tenerelli**

                              **Nick Tenerelli**
                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Caldwell Plumbing Co., Inc., an Illinois corporation**        Case No.  _____

                                                                       Debtor(s)        Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **60,000.00** |
| Prior to the filing of this statement I have received | $ | **60,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■      Debtor          ☐      Other (specify):

3. The source of compensation to be paid to me is:

   ■      Debtor          ☐      Other (specify):

4. ■     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐     I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 12, 2007**                     **/s/ Charles S. Stahl, Jr.**
                                                    **Charles S. Stahl, Jr. 2699915**
                                                    **Law Offices of Charles S. Stahl, Jr.**
                                                    **703 Warrenville Road**
                                                    **Wheaton, IL 60187**
                                                    **630-871-8060  Fax: 630-871-8061**
                                                    **stahlch11@aol.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Caldwell Plumbing Co., Inc., an Illinois corporation**
,
_____
Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Nick Tenerelli<br>827 Abbey Drive<br>Glen Ellyn, IL 60137** | **Common** | **100%** | **Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**June 12, 2007**_____        Signature__**/s/ Nick Tenerelli**_____
**Nick Tenerelli**
**President**

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Caldwell Plumbing Co., Inc., an Illinois corporation**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **51**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **June 12, 2007**

**/s/ Nick Tenerelli**

**Nick Tenerelli/President**
Signer/Title

Absolute Plumbing Supply Co.
1818 Dempster
Evanston, IL 60202


American Associates
112 E. Stimmel Street
West Chicago, IL 60185


Barn Owl Feed & Garden
1 N 583 Gary Avenue
Carol Stream, IL 60188


Blue Cross Blue Shield
P.O. Box 2039
Aurora, IL 60507-2039


Bond Companies
350 W. Hubbard
Chicago, IL


Bornquist, Inc.
7050 N. Lehigh Avenue
Chicago, IL 60646


Brock Tool
1475 Louis Avenue
Elk Grove Village, IL 60007


Citgo Petroleum Corporation
P.O. Box 2224
Birmingham, AL 35246-0017


City of Wheaton
303 Wesley Street
Wheaton, IL 60187-4810


Columbia Pipe & Supply Co.
1120 W. Pershing Road
Chicago, IL 60609


ComEd
Bill Payment Center
Chicago, IL 60668-0001

Country Insurance
P.O. Box 2100
Bloomington, IL 61704


Crawford Supply Co.
Paysphere Circle
Dept. 1958
Chicago, IL 60674-1958


Deery-Pardue & Associates
1100 Industrial Drive
Unit 2A
Bensenville, IL 60106-1260


Donald J. Simantz, Esq.
Alschuler Simantz & Hem
1961 W. Downer Place
Aurora, IL 60506-4384


Ferguson Enterprises, Inc.
191 S. Mitchell Court
Addison, IL 60101-1427


Floyd Babbitt, Esq.
FagelHaber LLC
55 E. Monroe Street, 40th Floor
Chicago, IL 60603


Gray, Hunter, Stenn LLP
1200 Harger Road
Suite 521
Oak Brook, IL 60523-1819


Homewerks
700 E. Diehl Road, #130
Naperville, IL 60563


Illinois Department of Employment
Bankruptcy Unit
401 S. State, 3rd Floor
Chicago, IL 60605


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph Street
Chicago, IL 60606

Internal Revenue Service
Centralized Insolvency Ops.
P.O. Box 21126
Philadelphia, PA 19114

KBL Construction
730 N. LaSalle Street
Chicago, IL

Lab Dues--Local 1
101 Burr Ridge Parkway
Burr Ridge, IL 60527

Laborers--Local 1
33367 Treasury Drive
Chicago, IL

Luczak Sales, Inc.
1128 Tower Road
Schaumburg, IL 60173-4306

LUI--Local 130
1340 W. Washington Boulevard
Chicago, IL 60607

M&F Consulting, Inc.
1405 April Lane
Winthrop Harbor, IL 60096

Mark S. Grochocinski, Esq.
Grochocinski Grochocinski
800 Ravinia Place
Orland Park, IL 60462

National Plumbing & Heating
5740 Tripp Avenue
Chicago, IL 60646

Nick Tenerelli
827 Abbey Drive
Glen Ellyn, IL 60137

North American Home Building
910 W. Van Buren Street
Chicago, IL 60607

Northern Ill. Benefits--Local 501
P.O. Box 94423
Chicago, IL 60690


P.S. Coyote, Inc.
45 W 628 N. Plank Road
Hampshire, IL 60140


Plumbing Council of Chicagoland
1400 W. Washington Blvd.
Chicago, IL 60607


Porter Pipe & Supply Co.
303 S. Rohlwing Road
Route 53
Addison, IL 60101


Pro-Power
1001 Warrenville Road
Suite 220
Lisle, IL 60532


R.A. Daugherty Sales, Inc.
571 W. Golf Road
Arlington Heights, IL 60005


Sandra Tenerelli
827 Abbey Drive
Glen Ellyn, IL 60137


SG Supply Company
12900 South Throop Street
Calumet City, IL 60827


Shapes Supply Company
1982 Lunt Avenue
Elk Grove Village, IL 60007


Standard Pipe and Supply Co.
614 S. Arthur Avenue
Arlington Heights, IL 60005


Sterling Supply, Inc.
4900 Lincoln Avenue
Lisle, IL 60532-2197

Sandra Tenerelli
827 Abbey Drive
Glen Ellyn, IL 60137


The Pickus Companies
3330 Skokie Valley Road
Suite 300
Highland Park, IL 60035


Thelen Sand & Gravel, Inc.
28955 West Route 173
Antioch, IL 60002


Time Insulation Company, Inc.
5483 N. Northwest Highway
Chicago, IL 60630


Time Savers, Inc.
P.O. Box 88469
Chicago, IL 60680


Wheaton Bank & Trust Company
211 S. Wheaton Avenue
Wheaton, IL 60187


William J. Ulrich, Jr., Esq.
Mulherin Rehfeldt & Verchetto, PC
211 S. Wheaton Ave., Suite 200
Wheaton, IL 60187


Wm. F. Meyer Co.
1855 E. New York Street
Aurora, IL 60505

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Caldwell Plumbing Co., Inc., an Illinois corporation**                                    Case No.

                                                                        Debtor(s)        Chapter    **11**

# AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

**Caldwell Plumbing Co., Inc., an Illinois corporation**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Charles S. Stahl, Jr. 2699915**, certify under penalty of perjury that the above is true and correct.

Executed on    **June 12, 2007**

                                                    **/s/ Charles S. Stahl, Jr.**
                                                    Signature
                                                    **Charles S. Stahl, Jr. 2699915**