# Charles S. Stahl, Jr.

## *Law Offices*

703 Warrenville Road
Wheaton, Illinois 60187

(630) 871-8060
FAX: (630) 871-8061

September 1, 2008

IN ACCOUNT WITH:

**Caldwell Plumbing Co., Inc.**
**Attn: Mr. Nick Tenerelli, President**
**821 Childs Street**
**Wheaton, IL 60187**

### RE: Plan of Reorganization

| DATE | SERVICES | HOURS |
|---|---|---|
| 10/22/07 | Office conference w/ N. Tenerelli and S. Tenerelli re treatment of secured claims under plan (0.4); review lender's terms sheet re same (0.3) | 0.7 |
| 10/23/07 | Review lender's terms sheet w/ N. Tenerelli and S. Tenerelli and alternatives re same | 1.3 |
| 11/16/07 | Office conference w/ N. Tenerelli, S. Tenerelli and P. Jones re profit and loss projections for disclosure statement | 1.5 |
| 11/27/07 | Draft plan of reorganization | 2.6 |
| 11/28/07 | Draft plan and exhibits for disclosure statement, and review schedules re same | 2.8 |
| 11/29/07 | Office conference w/ N. Tenerelli and S. Tenerelli re treatment of claims under plan | 0.9 |
| 11/30/07 | Office conference w/ N. Tenerelli and S. Tenerelli to review plan and disclosure statement | 1.5 |
| 12/10/07 | Draft plan | 1.9 |
| 12/11/07 | Draft plan | 2.3 |
| 12/12/07 | Draft disclosure statement (4.4); correspond w/ E. Boddy, E. Halper, K. Gleason, W. Harrod, D. Quaid, D. Simantz, W. Ulrich, P. Swan and S. Elizer re same (0.8) | 5.2 |

EXHIBIT A

| Date | Description | Hours |
|---|---|---|
| 12/13/07 | Finalize disclosure statement and exhibits thereto | 6.4 |
| 12/14/07 | Telephone conv. w/ W. Ulrich re treatment of lender's claims under plan (0.2); review comments from D. Quaid and D. Simantz re terms of plan (0.2) | 0.4 |
| 12/19/07 | Telephone conv. w/ E. Boddy and K. Goodman re terms of plan | 0.3 |
| 12/20/07 | Conference w/ S. Wolfe re scheduling matters re plan and disclosure statement (0.1); court appearance re status of plan and disclosure statement (0.8) | 0.9 |
| 1/14/08 | Court appearance re status of plan and disclosure statement | 0.7 |
| 1/16/08 | Office conference w/ N. Tenerelli and S. Tenerelli re terms of plan and projections | 0.8 |
| 1/21/08 | Office conference w/ N. Tenerelli, S. Tenerelli and P. Jones re three-year financial projections | 1.6 |
| 2/8/08 | Office conference w/ N. Tenerelli and S. Tenerelli to review plan and financial projections | 0.8 |
| 2/11/08 | Correspond w/ C. Ingrassia re treatment of laborer's union under plan (0.2); review documents re taxes to be treated under plan (0.3) | 0.5 |
| 2/12/08 | Court appearance re status of plan and disclosure statement (0.6); conference w/ D. Quaid re same (0.1) | 0.7 |
| 2/25/08 | Review revised three-year financial projections (0.6); telephone conv. w/ P. Jones re same (0.2); amend plan (2.9); office conference w/ N. Tenerelli and S. Tenerelli re same (0.4) | 4.1 |
| 2/26/08 | Court appearance re status of plan and disclosure statement (1.1); conference w/ K. Gleason re same (0.1); conference w/ C. Ingrassia re same (0.1) | 1.3 |
| 2/28/08 | Amend plan | 3.6 |
| 2/29/08 | Amend disclosure statement and exhibits | 4.9 |
| 3/1/08 | Amend disclosure statement | 6.3 |
| 3/2/08 | Amend disclosure statement | 4.9 |
| 3/3/08 | Office conference w/ N. Tenerelli and S. Tenerelli to review amended plan and disclosure statement | 0.8 |
| 3/4/08 | Court appearance re status of plan and disclosure statement | 1.2 |

| Date | Description | Hours |
|---|---|---|
| 3/5/08 | Finalize amended plan and disclosure statement | 5.2 |
| 3/12/08 | Court appearance re status of plan | 0.6 |
| 3/25/08 | Conference call w/ E. Halper and E. Boddy re FMSI's comments re amended plan and disclosure statement | 1.4 |
| 3/26/08 | Office conference w/ N. Tenerelli and S. Tenerelli re FMSI's demands re plan | 0.8 |
| 4/1/08 | Court appearance re status of plan and disclosure statement (0.7); conference w/ D. Quaid re same (0.2) | 0.9 |
| 4/7/08 | Finalize amended disclsoure statement | 4.4 |
| 4/14/08 | Legal research re voting on plan and disqualification of ballots | 3.2 |
| 4/10/08 | Court appearance re status of plan and disclosure statement (1.2); conference w/ K. Gleason re same (0.1) | 1.3 |
| 4/21/08 | Office conference w/ N. Tenerelli and S. Tenerelli re confirmation of plan and voting procedures | 1.0 |
| 4/22/08 | Revise plan and disclosure statement | 6.3 |
| 4/25/08 | Court appearance re status of plan | 0.7 |
| 5/29/08 | Review correspondence from E. Halper re FMSI's position concerning the plan and disclosure statement (0.2); telephone conv. w/ N. Tenerelli re same (0.2) | 0.4 |
| 5/30/08 | Telephone conv. w/ N. Tenerelli re status of plan and FMSI's position re same (0.2); correspond w/ UST re FMSI's bad faith and disqualification of ballot (0.2); office conference w/ N. Tenerelli re same (0.3) | 0.7 |
| 5/31/08 | Review FMSI's objections to adequacy of disclosure statement (0.6); telephone conv. w/ N. Tenerelli re same (0.3) | 0.9 |
| 6/1/08 | Draft response to FMSI's objections to disclosure statement | 2.4 |
| 6/4/08 | Finalize response to FMSI's objections to disclosure statement | 3.3 |
| 6/6/08 | Prepare for hearing (0.8); court appearance re adequacy of disclosure statement (1.3); telephone conv. w/ N. Tenerelli re same (0.3) | 2.4 |
| 6/12/08 | Office conference w/ J. Kincaid, J. Caluwaert, N. Tenerelli and S. Tenerelli re status of plan, strategy re FMSI's position re same and settlement strategy | 2.8 |

| Date | Description | Hours |
|---|---|---|
| 6/16/08 | Office conference w/ N. Tenerelli and S. Tenerelli re settlement negotiations w/ FMSI | 1.6 |
| 6/19/08 | Office conference w/ N. Tenerelli and S. Tenerelli re amendments to plan and disclosure statement and strategy for achieving confirmation of plan | 1.2 |
| 6/20/08 | Amend plan and disclosure statement | 2.4 |
| 6/21/08 | Amend plan and disclosure statement | 3.6 |
| 6/23/08 | Office conference w/ N. Tenerelli and S. Tenerelli re amended disclosure statement and amended plan (1.3); finalize amended disclosure statement and amended plan (2.7) | 4.0 |
| 6/24/08 | Draft proposed order approving adequacy of disclosure statement and scheduling confirmation hearing (0.3); telephone conv. w/ M. Desmond re estimation of claims for voting purposes (0.2); telephone conv. w/ D. Beederman re same (0.2) | 0.7 |
| 6/25/08 | Court appearance re estimation of claims for voting purposes and scheduling confirmation hearing | 0.8 |
| 7/1/08 | Office conference w/ N. Tenerelli and S. Tenerelli re possible settlement w/ FMSI and strategy for achieving confirmation of plan | 1.6 |
| 7/2/08 | Prepare ballots (0.8); finalize package of solicitation materials (1.4) | 2.2 |
| 7/3/08 | Office conference w/ client to prepare solicitation packages | 1.1 |
| 7/10/08 | Office conference w/ N. Tenerelli, S. Tenerelli and J. Kincaid re settlement strategy w/ FMSI and resolution of FMSI's objections to plan and disclosure statement (0.8); settlement conference w/ FMSI (1.6) | 2.4 |
| 7/17/08 | Telephone conv. w/ W. Ulrich re voting on the plan (0.1); telephone conv. w/ D. Beederman re same (0.1) | 0.2 |
| 7/22/08 | Telephone conv. w/ E. Boddy re possible settlement w/ FMSI to resolve confirmation objections (0.2); review proposed settlement agreement re same (0.6); telephone conv. w/ N. Tenerelli re same (0.3); telephone conv. w/ W. Ulrich re same (0.1) | 1.2 |
| 7/28/08 | Review ballots cast by creditors (0.1); telephone conv. w/ N. Tenerelli re same (0.1); telephone conv. w/ D. Quaid re same (0.1); commence preparation of ballot report (0.4) | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 8/1/08 | Finalize ballot report and certificate re counting ballots (0.5); review motion of SG Supply Company to amend ballot (0.1) | 0.6 |
| 8/5/08 | Draft proposed confirmation order (0.2); prepare for confirmation hearing (1.0); conference w/ N. Tenerelli re same (0.7); court appearance re confirmation hearing (1.3) | 3.2 |

**TOTAL HOURS:**              **127.1**

**TOTAL FEES (@ $350.00/hour):**    **$44,485.00**