UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Voluntary Chapter 11 |
| | ) |
| **CALDWELL PLUMBING CO., INC.,** | ) Case No. 07 B 10463 |
| an Illinois corporation, | ) |
| | ) |
| Debtor. | ) |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on **Monday, October 6, 2008,** I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, **Certificate of Service regarding Notice of (1) Court's Order Confirming Debtor's Third Amended Plan of Reorganization, and (2) Motion of Debtor's Counsel for an Award of Final Compensation,** a true and correct copy of which is herewith served upon you.

CALDWELL PLUMBING CO., INC.

By: /s/ Charles S. Stahl, Jr.
    Its attorney

Charles S. Stahl, Jr.
703 Warrenville Road
Wheaton, Illinois 60187
(630) 871-8060
Fax: (630) 871-8061
E-mail: stahlch11@sbcglobal.net
Attorney I.D. No. 02699915

## CERTIFICATE OF SERVICE

  I, Charles S. Stahl, Jr, an attorney, hereby certify that I caused a true and correct copy of the attached Certificate of Service to be served upon all registrants of the Court's ECF filing system on the 6th day of October, 2008.

                  /s/ Charles S. Stahl, Jr.