## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Voluntary Chapter 11 |
| | ) |
| **CALDWELL PLUMBING CO., INC.,** | ) Case No. 07 B 10463 |
| an Illinois corporation, | ) |
| | ) |
| Debtor. | ) |

### NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Tuesday, September 1, 2009, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, United States Courthouse, Federal Dirksen Building, 219 South Dearborn Street, Room 682, Chicago, Illinois, or such other judge as may be sitting in his place and stead, and then and there present **Debtor's Motion for Entry of Final Decree Closing Case**, a true and correct copy of which is herewith served upon you.

**CALDWELL PLUMBING CO., INC.**

By: /s/ Charles S. Stahl, Jr.
One of its attorneys

Charles S. Stahl, Jr.
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6990
Fax: (630) 799-6901
E-mail: cstahl@smbtrials.com
Attorney I.D. No. 02699915

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Voluntary Chapter 11 |
| | ) |
| **CALDWELL PLUMBING CO., INC.,** | ) Case No. 07 B 10463 |
| | ) |
| Debtor. | ) Honorable Jack B. Schmetterer |
| | ) Hearing Date: September 1, 2009 |
| | ) Hearing Time: 10:00 a.m. |

## DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE

NOW COMES Caldwell Plumbing Co., Inc. (the " Reorganized Debtor"), by its undersigned counsel, and for its motion pursuant to Sections 350 and 1101 of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure for entry of a final decree closing this chapter 11 reorganization case states as follows:

1. The Debtor's Third Amended Plan of Reorganization (the "Plan") was confirmed on August 5, 2008. All creditors who voted on the Plan voted to accept the Plan.

2. To date, the Reorganized Debtor has disbursed over $700,000 in accordance with the Plan as follows:

| CLASSES OF CLAIMS AND INTERESTS | DISTRIBUTION STATUS |
|---|---|
| Unclassified Claims: Administrative Claims | Unimpaired–payments made in the ordinary course of business |
| Class 1: Priority Claims | Unimpaired-no allowed claims |
| Class 2: Tax Claims | Unimpaired-payments made in accordance with the Plan |
| Class 3: Secured Claims of Wheaton Bank-line of credit | Unimpaired– all monthly payments have been paid |

1

| | |
|---|---|
| Class 4: Secured Claims of Wheaton Bank-vehicle loan | Unimpaired– all monthly payments have been paid |
| Class 5: Secured Claims of GMAC | Unimpaired– all monthly payments have been paid |
| Class 6: Secured Claims of Harris, N.A. | Unimpaired– all monthly payments have been paid |
| Class 7: Executory Contract Assumption Claims of Laborers' Benefit Funds | Unimpaired– paid in accordance with the Plan |
| Class 8: Executory Contract Assumption Claims of Local 130 Benefit Funds | Unimpaired– all monthly payments have been paid |
| Class 9: Executory Contract Assumption Claims of Local 501 Benefit Funds | Unimpaired– paid in accordance with the Plan |
| Class 10: Mechanics Lien Claims | Unimpaired–no payments required |
| Class 11: Unsecured Claims | Impaired- installment payments made in accordance with the Plan |
| Class 12: Shareholder Interests | Unimpaired |

3. "Substantial consummation" is defined in Section 1101 of the Bankruptcy Code as follows:

(A) transfer of all or substantially all of the property proposed by the plan to be transferred;

(B) assumption of the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and

(C) commencement of distribution under the plan.

2

4. Pursuant to the Plan, all property of the bankruptcy estate has been transferred to the Reorganized Debtor, the Reorganized Debtor has continued the operations of the Debtor, and distributions under the Plan have commenced. Thus, the plan is substantially consummated, and the Debtor's estate has been fully administered. In addition, all objections to claims have been disposed by orders of this Court, and no adversary proceedings or other matters are pending.

5. Pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, a final decree closing a chapter 11 reorganization case may be entered when an estate has been fully administered.

WHEREFORE, the Debtor requests entry of a final decree closing this chapter 11 reorganization case in form and substance as appended hereto, and that it be granted such further and additional relief as may be equitable and just.

**CALDWELL PLUMBING CO., INC.**

Dated: August 4, 2009

By: /s/ Charles S. Stahl, Jr.

One of its attorneys

Charles S. Stahl, Jr.
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532
(630) 799-6990
Fax: (630) 799-6901
E-mail: cstahl@smbtrials.com
Attorney I.D. 2699915