## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Voluntary Chapter 11 |
| | ) |
| **CALDWELL PLUMBING CO., INC.,** | ) Case No. 07 B 10463 |
| an Illinois corporation, | ) |
| | ) |
| Debtor. | ) |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on **Monday, August 10, 2009,** I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, **Certificate of Service re Notice of (1) Debtor's Motion for Entry of Final Decree Closing Case, and (2) Motion of Debtor's Counsel for Entry of an Order** *Nunc Pro Tunc* **on Previously Presented Motion for Final Compensation,** a true and correct copy of which is herewith served upon you.

**CALDWELL PLUMBING CO., INC.**

By: /s/ Charles S. Stahl, Jr.
One of its attorneys

Charles S. Stahl, Jr.
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6990
Fax: (630) 799-6901
E-mail: cstahl@smbtrials.com
Attorney I.D. No. 02699915