UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                             ) Voluntary Chapter 11
                                                   )
**CALDWELL PLUMBING CO., INC.,**                   ) Case No. 07 B 10463
an Illinois corporation,                           ) Honorable Jack B. Schmetterer
                                                   ) Hearing Date: September 1, 2009
          Debtor.                                  ) Hearing Time: 10:00 a.m.

## ORDER ON DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE

THIS CAUSE coming on to be heard on the Debtor's Motion for Entry of Final Decree Closing Case, notice having been duly given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court enters a final decree in this chapter 11 case, and this case is closed. *Court reserves jurisdiction*

DATED: 9/1/09

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

SEP 01 2009

*to reopen the case on application by any unsecured creditor to do so, on notice and for cause shown, to enforce terms of the plan with respect to that creditor.*